IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MARIA D. VALENTIN,

        Plaintiff,                      No. CV-09-1424-AC

    v.

MICHAEL J. ASTRUE, Commissioner         ORDER
of Social Security,

        Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation (#17) on April 27, 2011, in which he recommends that this Court affirm the decision of the Commissioner that plaintiff did not suffer from a disability and is not entitled to benefits under Title XVI of the Social Security Act.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.

1 - ORDER

United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).

Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation (# 17). Accordingly, the Commissioner's decision that plaintiff did not suffer from a disability and is not entitled to benefits under Title XIV of the Social Security Act, is affirmed.

IT IS SO ORDERED.

DATED this   14th   day of  June  , 2011.

/s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge